1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.  C03-5746KLS |
| v. | ORDER DENYING REQUEST FOR EARLY TERMINATION OF PROBATION |
| CYNTHIA D. GATES, | |
| Defendant. | |

The Court received a letter from Ms. Gates dated March 23, 2005, a copy of which is made a part of the court file, in which she requested early termination of her three year term of probation.  Ms. Gates has now completed one year of her sentence.  While it appears that Ms. Gates is doing well on probation, she has not presented any compelling reason as to why her sentence should be reduced from three years of probation to one year.  Her requst is therefore denied.

DATED this 29th day of April, 2004.

　/s/ Karen L. Strombom　
Karen L. Strombom
U.S. Magistrate Judge

Order Denying Early Termination of Probation
Page - 1